Krsto Mijanovic (Bar No. 205060)
  kmijanovic@hbblaw.com
Lisa R. Hsiao (Bar No. 289473)
  lhsiao@hbblaw.com
Steven A. Scordalakis (Bar No. 293212)
  sscordalakis@hbblaw.com
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Telephone: 213.542.8000
Facsimile: 213.542.8100

Attorneys for Defendant,
BROAN-NUTONE LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BROAN-NUTONE, INC., and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 4:17-cv-03320-HSG<br><br>ORDER RE: CASE SCHEDULE |

COMES NOW, having received the Parties' [Proposed] Case Schedule, and finding good cause therefor, the Court hereby orders this matter to be scheduled as follows:

| | |
|---|---|
| Completion of Fact Discovery: | February 14, 2018 |
| Mediation Deadline: | February 21, 2018 |
| Designation of Experts/Reports Deadline: | March 7, 2018 |
| Designation of Rebuttal Experts/Reports Deadline: | April 6, 2018 |
| Completion of Expert Discovery: | April 20, 2018 |

| | | |
|---|---|---|
| Last Day To Hear Dispositive Motions: | | May 31, 2018 |
| Final Pre-Trial Conference: | | October 9, 2018 |
| Trial: | | October 29, 2018 |

**IT IS SO ORDERED**.

Dated: September 29, 2017        By: /s/ Haywood S. Gilliam, Jr.
                                     Honorable Haywood S. Gilliam, Jr.