# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BROAN-NUTONE, INC., and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No. 4:17-cv-03320-HSG<br><br>**ORDER FOLLOWING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Having considered the Joint Stipulation for Dismissal with Prejudice submitted by plaintiff GENERAL INSURANCE COMPANY OF AMERICA and defendant BROAN-NUTONE LLC (collectively, the "Parties"), regarding the Parties having satisfactorily resolved their disputes, the Court Orders as follows:

The complaint in this matter is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party to bear its own fees and costs.

DATED: October 9, 2018

　　　　　　　　　　　　　　　　　　　　_Haywood S. Gilliam Jr._
　　　　　　　　　　　　　　　　　　　　Hon. Haywood S Gilliam, Jr.
　　　　　　　　　　　　　　　　　　　　Judge, United States District Court